IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 1:11cr30-SPM/GRJ

RICHARDE ERIC KENNEY,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 39) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11, the plea of guilty of the Defendant, **RICHARDE ERIC KENNEY**, to Counts Two and Three of the Indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 4th day of June, 2012.

                                                *S/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Senior United States District Judge